**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>    ESTHER YANG<br><br>                      Debtor. | Chapter 7<br><br>Case No. 05-10026 (JMP) |

:

## DISTRIBUTION REPORT

I, Roy Babitt, Trustee herein, certify that claims filed and docketed in this case by the Clerk of the Bankruptcy Court, have consistent with the proposed distribution, been reviewed, and all orders of Court been examined, and state that based on the review I proposed to make the following distribution.

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $ 51,706.75 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Secured Claims: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7) & (a)(9)-(a)(10)): | $ 32,990.55 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| General Unsecured Claims | $ 3,586.57 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 88,283.87 |

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $51,706.75 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
|  | Roy Babitt<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, NY  10019 | 8,579.29 | 8,579.29 |
|  | CBIZ MHM, LLC<br>1065 Avenue of the Americas<br>Attn: Esther DuVal, CPA<br>New York, NY  10018 | 5,000.00 | 5,000.00 |
|  | Arent Fox  PLLC<br>1675 Broadway<br>New York, NY  10019 | 24,650.40 | 24,650.40 |
|  | Davidoff, Malito & Hutcher, LLP<br>605 Third Avenue<br>New York, NY  10158 | 12,500.00 | 12,500.00 |
|  | Arent Fox  PLLC<br>1675 Broadway<br>New York, NY  10019 | 422.78 | 422.78 |
|  | Davidoff, Malito & Hutcher, LLP<br>605 Third Avenue<br>New York, NY  10158 | 254.28 | 254.28 |
|  | Clerk of the Court<br>US Bankruptcy Court,<br>Southern Dis. of NY<br>One Bowling Green<br>New York, NY  100041408 | 300.00 | 300.00 |

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) – Alimony | $32,990.55 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 5P | Edward Carter<br>C/O Ochs & Goldberg, LLP<br>60 East 42nd Street, Suite 1545<br>New York, NY  10165 | 9,880.05 | 9,880.05 |

| | | | |
|---|---|---|---|
| 5U | Edward Carter<br>c/o Ochs & Goldberg, LLP<br>60 East 42nd Street, Suite 1545<br>New York, NY 10165 | 23,110.50 | 23,110.50 |

| TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $3,586.57 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 1 | NYS Department of Tax & Finance<br>Bankruptcy Assignment Unit<br>PO Box 5300<br>Albany, NY 12205-0300 | 100.00 | 100.00 |
| 4 | Andrew J. Spinell, Esq.<br>The Law Offices of Andrew J. Spinell<br>21 E. 40th Street, Suite 2100<br>New York, NY 10016 | 3,486.57 | 3,486.57 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 2 | Edward E. Carter<br>c/o Rawlins and Gibbs LLP<br>271 West 125th Street, Suite 316<br>New York, NY 10027 | $26,903.00 | Withdrawn by Claimant pursuant to Statement of Withdrawal of Claims dated April 21, 2008. (Doc. No. 59). |
| Priority | 3 | Edward E. Carter<br>c/o Rawlins and Gibbs LLP<br>271 West 125th Street, Suite 316<br>New York, NY 10027 | $13,568.00 | Withdrawn by Claimant pursuant to Statement of Withdrawal of Claims dated April 21, 2008. (Doc. No. 59). |

That the Trustee shall issue all distribution checks that bear the notation "VOID IF NOT CASHED WITHIN 90 DAYS". That subsequent to the 91st day after the checks are disbursed to the claimant the Trustee shall stop payment and void any check not negotiated and issue a replacement check (Payable to: Clerk, United States Bankruptcy Court) for the benefit of such claimant and forward said replacement check to the Clerk of the Court, together with the name, address and amount owed to the claimant.

Dated: July 1, 2011                              /s/ Roy Babitt

Roy Babitt, Trustee, Trustee