**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: YANG, ESTHER                  § Case No. 05-10026
                                     §
                                     §
Debtor(s)                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Roy Babitt, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $12,013.87              Assets Exempt:  $10,803.87
*(without deducting any secured claims)*

Total Distribution to Claimants: $54,581.17    Claims Discharged
                                               Without Payment:  $69,027.98

Total Expenses of Administration: $52,008.59

3) Total gross receipts of $ 151,979.19 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 45,389.43 (see **Exhibit 2**), yielded net receipts of $106,589.76 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $18,000.00 | $18,000.00 | $18,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 71,645.67 | 52,008.59 | 52,008.59 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 21,875.74 | 79,550.15 | 32,990.55 | 32,990.55 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 63,974.47 | 37,096.10 | 10,075.04 | 3,590.62 |
| **TOTAL DISBURSEMENTS** | $85,850.21 | $206,291.92 | $113,074.18 | $106,589.76 |

    4) This case was originally filed under Chapter 7 on January 04, 2005. The case was pending for 86 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/29/2012          By: /s/Roy Babitt, Trustee
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY - TUDOR CITY COOP | 1110-000 | 102,839.01 |
| FORECLOSURE PROCEEDS - WOODSTOCK PROPERTY | 1110-000 | 46,622.92 |
| Interest Income | 1270-000 | 2,517.26 |
| **TOTAL GROSS RECEIPTS** | | **$151,979.19** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ANDREW SPINNELL, ESQ. | PAYMENT PER MARCH 21, 2006 ORDER OF COURT | 8500-002 | 45,389.43 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$45,389.43** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Independence Community Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Benjamin, Brotman, & Associates, PC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mortgage | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Independence Community Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nancy Huie & Larry Lee | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Marjorie Bernhard | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Marjorie Bernhard | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Marjorie Bernhard | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Frederick Martin | 4110-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Always Moving Storage | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| | MARJORIE BERNARD | 4110-000 | N/A | 18,000.00 | 18,000.00 | 18,000.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $18,000.00 | $18,000.00 | $18,000.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roy Babitt | 2100-000 | N/A | 8,579.29 | 8,579.29 | 8,579.29 |
| Clerk of the Court | 2700-000 | N/A | 300.00 | 300.00 | 300.00 |
| Arent Fox PLLC | 3210-000 | N/A | 33,073.00 | 24,650.40 | 24,650.40 |
| Davidoff, Malito & Hutcher, LLP | 3210-000 | N/A | 20,620.00 | 12,500.00 | 12,500.00 |
| Davidoff, Malito & Hutcher, LLP | 3220-000 | N/A | 254.28 | 254.28 | 254.28 |
| Arent Fox PLLC | 3220-000 | N/A | 422.78 | 422.78 | 422.78 |
| CBIZ MHM, LLC | 3410-000 | N/A | 8,094.48 | 5,000.00 | 5,000.00 |
| International Sureties, Ltd | 2300-000 | N/A | 47.08 | 47.08 | 47.08 |
| International Sureties, Ltd | 2300-000 | N/A | 63.72 | 63.72 | 63.72 |
| International Sureties, Ltd | 2300-000 | N/A | 78.93 | 78.93 | 78.93 |
| International Sureties, Ltd | 2300-000 | N/A | 57.52 | 57.52 | 57.52 |
| International Sureties, Ltd | 2300-000 | N/A | 54.59 | 54.59 | 54.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 71,645.67 | 52,008.59 | 52,008.59 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Edward E. Carter | 5700-000 | N/A | 13,568.00 | 0.00 | 0.00 |
| 5P | Edward Carter | 5700-000 | 13,335.00 | 19,761.00 | 9,880.05 | 9,880.05 |
| 5U | Edward Carter | 5700-000 | 6,721.15 | 46,221.15 | 23,110.50 | 23,110.50 |
| NOTFILED | EZ Pass | 5200-000 | 31.00 | N/A | N/A | 0.00 |
| NOTFILED | IRS | 5200-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | New York City Parking Violations | 5200-000 | 1,688.59 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 21,875.74 | 79,550.15 | 32,990.55 | 32,990.55 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | NYS Department of Tax & Finance | 7100-000 | 37.00 | 100.00 | 0.00 | 0.00 |
| 1I | NYS Department of Tax & Finance | 7990-000 | N/A | 18.06 | 0.00 | 0.00 |
| 2 | Edward E. Carter | 7100-000 | N/A | 26,903.00 | 0.00 | 0.00 |
| 4 | Andrew J. Spinell, Esq. | 7100-000 | 3,213.50 | 3,486.57 | 3,486.57 | 3,486.57 |
| 4I | Andrew J. Spinell, Esq. | 7990-000 | N/A | 629.74 | 629.74 | 9.95 |
| 5PI | Edward Carter | 7990-000 | N/A | 1,784.53 | 1,784.53 | 28.18 |
| 5UI | Edward Carter | 7990-000 | N/A | 4,174.20 | 4,174.20 | 65.92 |
| NOTFILED | Raoul Felder | 7100-000 | 24,009.48 | N/A | N/A | 0.00 |
| NOTFILED | St. Vincent's Medical Center Of New York | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Vincent's Medical Center Of New York | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | NYU Hospital | 7100-000 | 495.46 | N/A | N/A | 0.00 |
| NOTFILED | NYU Downtown Hospital | 7100-000 | 902.60 | N/A | N/A | 0.00 |
| NOTFILED | NES National Entertainment | 7100-000 | 150.82 | N/A | N/A | 0.00 |
| NOTFILED | NYDH Emergency Services | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Vincent's Medical Center Of New York | 7100-000 | 723.75 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems | 7100-000 | 674.45 | N/A | N/A | 0.00 |
| NOTFILED | Township Of Ewing Emergency Medical | 7100-000 | 440.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Vincent's Medical Center Of New York | 7100-000 | 35.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | WVOX | 7100-000 | 3,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Windsor Owners Corp. | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| NOTFILED | Windsor Owners Corp. | 7100-000 | 1,816.41 | N/A | N/A | 0.00 |
| NOTFILED | Windsor Owners Corp. C/O Tudor Realty Services Corp. | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Victoria Secret | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Heckeroth Plumbing | 7100-000 | 187.89 | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 1,897.42 | N/A | N/A | 0.00 |
| NOTFILED | Trenton Heart Group | 7100-000 | 111.00 | N/A | N/A | 0.00 |
| NOTFILED | T-Mobile, Bankruptcy | 7100-000 | 1,003.76 | N/A | N/A | 0.00 |
| NOTFILED | Acocella & Company | 7100-000 | 324.75 | N/A | N/A | 0.00 |
| NOTFILED | Bellevue Hospital Center | 7100-000 | 349.97 | N/A | N/A | 0.00 |
| NOTFILED | Brandon Radiology | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| NOTFILED | A-1 Collection Services MMC Capital Health System | 7100-000 | 4,464.00 | N/A | N/A | 0.00 |
| NOTFILED | Geico | 7100-000 | 394.17 | N/A | N/A | 0.00 |
| NOTFILED | Cabrini Medical Center | 7100-000 | 538.04 | N/A | N/A | 0.00 |
| NOTFILED | Capital Health System | 7100-000 | 7,282.00 | N/A | N/A | 0.00 |
| NOTFILED | Chelsea Mini Storage | 7100-000 | 238.00 | N/A | N/A | 0.00 |
| NOTFILED | FDNY/EMS | 7100-000 | 426.00 | N/A | N/A | 0.00 |
| NOTFILED | Emergency Medical Associates | 7100-000 | 1,459.00 | N/A | N/A | 0.00 |
| NOTFILED | Edward Wolf PC | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Alan Weintrob | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Sara Weiss | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Emergeny Medical Services | 7100-000 | 440.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 63,974.47 | 37,096.10 | 10,075.04 | 3,590.62 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-10026  
**Case Name:** YANG, ESTHER  

**Trustee:** (520700) Roy Babitt, Trustee  
**Filed (f) or Converted (c):** 02/04/05 (c)  
**§341(a) Meeting Date:** 03/21/05  

**Period Ending:** 02/29/12  
**Claims Bar Date:** 03/09/06  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY - TUDOR CITY COOP | 170,000.00 | 0.00 | | 102,839.01 | FA |
| 2 | CASH | 5.00 | 0.00 | DA | 0.00 | FA |
| 3 | CHECKING | 1.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | CLOTHING | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | JEWELRY | 5.00 | 0.00 | DA | 0.00 | FA |
| 7 | ROTH IRA | 242.87 | 0.00 | DA | 0.00 | FA |
| 8 | DOWNPAYMENT FOR TUDOR CITY | 4,000.00 | 4,000.00 | DA | 0.00 | FA |
| 9 | DOWNPAYMENT FOR WOODSTOCK PROPERTY | 6,700.00 | 6,700.00 | DA | 0.00 | FA |
| 10 | FORECLOSURE PROCEEDS - WOODSTOCK PROPERTY | 88,463.27 | 88,463.27 | | 46,622.92 | FA |
| 11 | AUTOMOBILE | 100.00 | 0.00 | DA | 0.00 | FA |
| 12 | STORAGE UNITS | 500.00 | 500.00 | DA | 0.00 | FA |
| 13 | PETS | 10.00 | 10.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2,517.26 | FA |
| 14 | Assets Totals (Excluding unknown values) | **$270,477.14** | **$99,673.27** | | **$151,979.19** | **$0.00** |

**Major Activities Affecting Case Closing:**

BACKGROUND

On January 4, 2005, the Debtor filed a voluntary petition for under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. On January 27, 2005, the Debtor voluntarily converted her petition to one under Chapter 7 of the Bankruptcy Code.

On February 4, 2005, Applicant was appointed by the United States Trustee as interim Trustee pursuant to Bankruptcy Code § § 701(a) and (c). The Trustee has since become permanent pursuant to § 702 of the Bankruptcy Code, has duly qualified and has been acting in that capacity.

By order dated April 14, 2005, the Court approved and authorized the retention of Davidoff Malito & Hutcher LLP as attorneys to the Trustee.

On August 31, 2005, the Trustee commenced an adversary proceeding under case number 05-02430 against Marjorie Bernhard (the "Defendant"), seeking an order to set aside Defendant's alleged mortgage lien against the foreclosure proceeds of certain real property located in Ulster County (the "Adversary Proceeding).

Upon application of the Trustee filed on February 9, 2006 and by Order dated March 1, 2006, the Court approved and authorized the retention of Arent Fox as counsel

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-10026  
**Case Name:** YANG, ESTHER  
**Period Ending:** 02/29/12

**Trustee:** (520700) Roy Babitt, Trustee  
**Filed (f) or Converted (c):** 02/04/05 (c)  
**§341(a) Meeting Date:** 03/21/05  
**Claims Bar Date:** 03/09/06

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

to the Trustee.

By Order dated July 12, 2007, the Court approved and authorized the retention of CBIZ Mahoney Cohen & Company, as accountants to the Trustee and Estate.

March 9, 2006 was the last day to file a timely proof of claim in this case.

FUNDS COLLECTED AND DISBURSED BY THE TRUSTEE

The estate presently has funds on deposit of $88,283.87 from the proceeds of the sale of two properties.

Five proofs of claim in the total amount of $110,039.72 were initially filed in this bankruptcy case. After Arent Fox, at the behalf of the Trustee, fully reconciled all claims and objected to certain others, the claim pool was reduced to $69,568.72.

On April 16, 2009, a stipulation and order resolving the Adversary Proceeding was entered into by and between the Trustee and the Defendant (the "Stipulation").

Pursuant to the Stipulation, the Defendant set aside her alleged mortgage lien in the amount of $40,000 against certain foreclosed proceeds of the estate of the Debtor. In accordance with the Stipulation and in exchange for releasing the alleged lien, a disbursement in the amount of $18,000 was made.

The Trustee supervised his counsel in connectino with the pending Adversary Proceeding and the negotiationswhcih resulted in the settlement with the Defendant. As a result , the proceeds of the foreclosed property were rendered free and clear of all liens and encumbrances and the subsequent Stipulation that was approved by the Court resolved and closed the Adversary Proceeding.

The Trustee also supervised hie counsel's efforts obtain all of the required tax returns and tax-related information from the Debtor. After numerous requests by the Trustee, the Debtor failed to provide the Trustee with the necessary tax returns. Arent Fox then advised and assisted the Trustee in demanding that the Debtor immediately turn over her tax information, and when even the Trustee's demands failed to produce the requested materials, Arent Fox at the instruction of the Trustee prepared and filed a Motion to Compel Production of the Debtor's Tax Returns (the "Motion to Compel"). Only with the Motion to Compel did the Debtor finally comply with the Trustee and produced her tax returns.

On April 21, 2011, the Trustee prepared his Final Report and Account.

05/31/11 - The Trustee Final Report ("TFR") was approved by the UST. Obtained hearing date for TFR for 06/28/11 at 10:00 a.m. [n. constantino]

06/01/11 - Notice of TFR served on all creditors. [n. constantino]

06/02/11 - Efiled Notice of TFR hearing and prepared and efiled Affidavit of Service of same. [n. constantino]

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-10026  
**Case Name:** YANG, ESTHER  

**Trustee:** (520700) Roy Babitt, Trustee  
**Filed (f) or Converted (c):** 02/04/05 (c)  
**§341(a) Meeting Date:** 03/21/05  

**Period Ending:** 02/29/12  
**Claims Bar Date:** 03/09/06

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

December 31, 2011 Status Update:

The TFR was approved. A final hearing was held on 6/28/2011.

By Order dated 6/30/2011 the Applications for Final Professional Compensation of the Trustee and retained professionals were granted.

On 7/1/2011, the Trustee filed a Distribution Report.

On 7/12/2011 the Trustee made final distributions to creditors.

2 checks issued to Edward Carter were not cashed. On 12/5/2011, those checks were reissued and sent to Mr. Carters counsel of record Ochs & Goldberg. The Trustee contacted Ochs & Goldberg and confirmed that they received those distribution checks and sent them to Edward Carter. Nonetheless, as of 1/18/2011, those checks have not been deposited.

Upon clearance of the Ed Carter re-issued checks, the Trustee will prepare the TDR. In the alternative, if Ed Carter fails to deposit its distribution check by 3/5/2012 (90 days after the issue date) the Trustee will prepare and file a Report of Unclaimed Funds and upon clearance of the check to the Court, will prepare the TDR.

**Initial Projected Date Of Final Report (TFR):**   March 21, 2008          **Current Projected Date Of Final Report (TFR):**   April 21, 2011  (Actual)

Printed: 02/29/2012 10:11 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 05-10026 | | **Trustee:** | Roy Babitt, Trustee (520700) |
|---|---|---|---|---|
| **Case Name:** | YANG, ESTHER | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****98-19 - Time Deposit Account |
| **Taxpayer ID #:** | **-***2304 | | **Blanket Bond:** | $94,140,000.00   (per case limit) |
| **Period Ending:** | 02/29/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/29/08 | | FUNDING ACCOUNT: ********9865 | TRANSFER OF FUNDS | 9999-000 | 105,300.89 | | 105,300.89 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 64.93 | | 105,365.82 |
| 07/07/08 | | To Account #********9865 | Close CD | 9999-000 | | 105,365.82 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 105,365.82 | 105,365.82 | $0.00 |
| | | | Less: Bank Transfers | | 105,300.89 | 105,365.82 | |
| | | | **Subtotal** | | 64.93 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$64.93** | **$0.00** | |

{} Asset reference(s)

Printed: 02/29/2012 10:11 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 05-10026  
**Case Name:** YANG, ESTHER  
**Taxpayer ID #:** **-***2304  
**Period Ending:** 02/29/12  

**Trustee:** Roy Babitt, Trustee (520700)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****98-65 - Money Market Account  
**Blanket Bond:** $94,140,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/28/05 | {10} | COURT AND TRUST, ULSTER COUNTY TREASURER | PAYMENT OF ESCROW HELD BY COURT | 1110-000 | 46,622.92 | | 46,622.92 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 21.08 | | 46,644.00 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.33 | | 46,667.33 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 26.28 | | 46,693.61 |
| 02/21/06 | {1} | ROSICKI, ROSICKI & ASSOCIATES, PC | SURPLUS FUNDS FROM SALE OF 5 TUDOR CITY COOP | 1110-000 | 102,839.01 | | 149,532.62 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 38.89 | | 149,571.51 |
| 03/23/06 | | To Account #********9866 | TRANSFER OF FUNDS | 9999-000 | | 45,389.43 | 104,182.08 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 81.11 | | 104,263.19 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 66.01 | | 104,329.20 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 70.91 | | 104,400.11 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 68.67 | | 104,468.78 |
| 07/11/06 | 1001 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/19/2006 FOR CASE #05-10026, BOND PAYMENT 6/19/06-6/19/07 | 2300-000 | | 47.08 | 104,421.70 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 70.99 | | 104,492.69 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 71.02 | | 104,563.71 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 66.45 | | 104,630.16 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 73.35 | | 104,703.51 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 68.82 | | 104,772.33 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 66.57 | | 104,838.90 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 69.91 | | 104,908.81 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 52.28 | | 104,961.09 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 56.04 | | 105,017.13 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 57.94 | | 105,075.07 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 57.98 | | 105,133.05 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 54.26 | | 105,187.31 |
| 07/03/07 | 1002 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/03/2007 FOR CASE #05-10026, 6/19/07 - 6/19/08 Surety Bond | 2300-000 | | 63.72 | 105,123.59 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 59.89 | | 105,183.48 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 58.04 | | 105,241.52 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 52.45 | | 105,293.97 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 61.84 | | 105,355.81 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 54.81 | | 105,410.62 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 53.68 | | 105,464.30 |

Subtotals :    $150,964.53    $45,500.23

{} Asset reference(s)    Printed: 02/29/2012 10:11 AM    V.12.57

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 05-10026  
**Case Name:** YANG, ESTHER  
**Taxpayer ID #:** **-***2304  
**Period Ending:** 02/29/12  

**Trustee:** Roy Babitt, Trustee (520700)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****98-65 - Money Market Account  
**Blanket Bond:** $94,140,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 48.22 | | 105,512.52 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 21.65 | | 105,534.17 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 19.60 | | 105,553.77 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7300% | 1270-000 | 47.12 | | 105,600.89 |
| 05/29/08 | | ACCOUNT FUNDED: ********9819 | TRANSFER OF FUNDS | 9999-000 | | 105,300.89 | 300.00 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7500% | 1270-000 | 59.73 | | 359.73 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7500% | 1270-000 | 0.22 | | 359.95 |
| 07/07/08 | | From Account #********9819 | Close CD | 9999-000 | 105,365.82 | | 105,725.77 |
| 07/29/08 | 1003 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/20/2008 FOR CASE #05-10026, Bond #016030121<br>Voided on 07/29/08 | 2300-000 | | 65.79 | 105,659.98 |
| 07/29/08 | 1003 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/20/2008 FOR CASE #05-10026, Bond #016030121<br>Voided: check issued on 07/29/08 | 2300-000 | | -65.79 | 105,725.77 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7500% | 1270-000 | 54.33 | | 105,780.10 |
| 07/31/08 | 1004 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 04/30/2008 FOR CASE #05-10026 | 2300-000 | | 78.93 | 105,701.17 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7500% | 1270-000 | 62.99 | | 105,764.16 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7500% | 1270-000 | 69.51 | | 105,833.67 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 57.81 | | 105,891.48 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4000% | 1270-000 | 38.26 | | 105,929.74 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2000% | 1270-000 | 29.57 | | 105,959.31 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2000% | 1270-000 | 17.38 | | 105,976.69 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2000% | 1270-000 | 16.23 | | 105,992.92 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2000% | 1270-000 | 18.55 | | 106,011.47 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2000% | 1270-000 | 17.39 | | 106,028.86 |
| 05/27/09 | | To Account #********9866 | transfer of funds | 9999-000 | | 18,000.00 | 88,028.86 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2000% | 1270-000 | 16.62 | | 88,045.48 |
| 06/16/09 | 1005 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/16/2009 FOR CASE #05-10026, Bond #016030121, Liberty Mutual Ins., period 6/2009-6/2010 | 2300-000 | | 57.52 | 87,987.96 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2000% | 1270-000 | 15.40 | | 88,003.36 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2000% | 1270-000 | 14.92 | | 88,018.28 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2000% | 1270-000 | 14.92 | | 88,033.20 |
| | | | Subtotals : | | $106,006.24 | $123,437.34 | |

{} Asset reference(s)

Printed: 02/29/2012 10:11 AM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 05-10026 | | Trustee: | Roy Babitt, Trustee (520700) |
|---|---|---|---|---|
| Case Name: | YANG, ESTHER | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*98-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*2304 | | Blanket Bond: | $94,140,000.00  (per case limit) |
| Period Ending: | 02/29/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 14.44 | | 88,047.64 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 15.77 | | 88,063.41 |
| 11/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 76.91 | | 88,140.32 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 18.67 | | 88,158.99 |
| 12/04/09 | | To Account #\*\*\*\*\*\*\*\*9866 | transfer of funds | 9999-000 | | 57.00 | 88,101.99 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 18.68 | | 88,120.67 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 17.47 | | 88,138.14 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 16.88 | | 88,155.02 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 19.89 | | 88,174.91 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.2500% | 1270-000 | 3.01 | | 88,177.92 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*9865 | Wire out to BNYM account 9200\*\*\*\*\*\*9865 | 9999-000 | -88,177.92 | | 0.00 |

| | ACCOUNT TOTALS | 168,994.57 | 168,994.57 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 17,187.90 | 168,747.32 | |
| | Subtotal | 151,806.67 | 247.25 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $151,806.67 | $247.25 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 05-10026  
**Case Name:** YANG, ESTHER  

**Taxpayer ID #:** **-***2304  
**Period Ending:** 02/29/12  

**Trustee:** Roy Babitt, Trustee (520700)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****98-66 - Checking Account  
**Blanket Bond:** $94,140,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/23/06 |  | From Account #********9865 | TRANSFER OF FUNDS | 9999-000 | 45,389.43 |  | 45,389.43 |
| 03/23/06 | 101 | ANDREW SPINNELL, ESQ. | PAYMENT PER MARCH 21, 2006 ORDER OF COURT | 8500-002 |  | 45,389.43 | 0.00 |
| 05/27/09 |  | From Account #********9865 | transfer of funds | 9999-000 | 18,000.00 |  | 18,000.00 |
| 05/27/09 | 102 | MARJORIE BERNARD | Payment per April 16, 2009 Stipulation and Order | 4110-000 |  | 18,000.00 | 0.00 |
| 12/04/09 |  | From Account #********9865 | transfer of funds | 9999-000 | 57.00 |  | 57.00 |
| 12/04/09 | 103 | United States Treasury | copy of 2005 taxes<br>Stopped on 04/15/10 | 2990-000 |  | 57.00 | 0.00 |
| 04/15/10 | 103 | United States Treasury | copy of 2005 taxes<br>Stopped: check issued on 12/04/09 | 2990-000 |  | -57.00 | 57.00 |
| 04/16/10 |  | Wire out to BNYM account 9200******9866 | Wire out to BNYM account 9200******9866 | 9999-000 | -57.00 |  | 0.00 |
|  |  | **ACCOUNT TOTALS** |  |  | **63,389.43** | **63,389.43** | **$0.00** |
|  |  | Less: Bank Transfers |  |  | 63,389.43 | 0.00 |  |
|  |  | **Subtotal** |  |  | **0.00** | **63,389.43** |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$0.00** | **$63,389.43** |  |

{} Asset reference(s)

Printed: 02/29/2012 10:11 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 05-10026  
**Case Name:** YANG, ESTHER  

**Taxpayer ID #:** **-***2304  
**Period Ending:** 02/29/12  

**Trustee:** Roy Babitt, Trustee (520700)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******98-65 - Money Market Account  
**Blanket Bond:** $94,140,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9865 | Wire in from JPMorgan Chase Bank, N.A. account ********9865 | 9999-000 | 88,177.92 | | 88,177.92 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.2500% | 1270-000 | 13.89 | | 88,191.81 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.2500% | 1270-000 | 18.72 | | 88,210.53 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.2500% | 1270-000 | 18.13 | | 88,228.66 |
| 07/02/10 | | From Account #9200******9866 | TRANSFER OF FUNDS | 9999-000 | 57.00 | | 88,285.66 |
| 07/02/10 | 11006 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/02/2010 FOR CASE #05-10026, Blanket Bond Payment (#016030120) | 2300-000 | | 54.59 | 88,231.07 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.2500% | 1270-000 | 18.74 | | 88,249.81 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.2500% | 1270-000 | 18.73 | | 88,268.54 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.17 | | 88,270.71 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.24 | | 88,272.95 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.17 | | 88,275.12 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.24 | | 88,277.36 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.24 | | 88,279.60 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.03 | | 88,281.63 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.24 | | 88,283.87 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.17 | | 88,286.04 |
| 05/27/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0300% | 1270-000 | 1.88 | | 88,287.92 |
| 05/27/11 | | To Account #9200******9866 | | 9999-000 | | 88,287.92 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 88,342.51 | 88,342.51 | $0.00 |
| | | | Less: Bank Transfers | | 88,234.92 | 88,287.92 | |
| | | | **Subtotal** | | 107.59 | 54.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$107.59** | **$54.59** | |

{} Asset reference(s)

Printed: 02/29/2012 10:11 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 05-10026  
**Case Name:** YANG, ESTHER  
**Taxpayer ID #:** **-***2304  
**Period Ending:** 02/29/12

**Trustee:** Roy Babitt, Trustee (520700)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******98-66 - Checking Account  
**Blanket Bond:** $94,140,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/16/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9866 | Wire in from JPMorgan Chase Bank, N.A. account ********9866 | 9999-000 | 57.00 | | 57.00 |
| 05/21/10 | 10104 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/21/2010 FOR CASE #05-10026<br>Voided on 05/21/10 | 2300-000 | | ! 54.84 | 2.16 |
| 05/21/10 | 10104 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/21/2010 FOR CASE #05-10026<br>Voided: check issued on 05/21/10 | 2300-000 | | ! -54.84 | 57.00 |
| 07/02/10 | | To Account #9200******9865 | TRANSFER OF FUNDS | 9999-000 | | 57.00 | 0.00 |
| 05/27/11 | | From Account #9200******9865 | | 9999-000 | 88,287.92 | | 88,287.92 |
| 07/12/11 | 10105 | Arent Fox  PLLC | Dividend paid 100.00% on $24,650.40, Attorney for Trustee Fees (Other Firm); Reference:  combined small check for $4.05 issued in error<br>Voided on 07/12/11 | 3210-000 | | 24,650.40 | 63,637.52 |
| 07/12/11 | 10105 | Arent Fox PLLC | Dividend paid 100.00% on $24,650.40, Attorney for Trustee Fees (Other Firm); Reference:  combined small check for $4.05 issued in error<br>Voided: check issued on 07/12/11 | 3210-000 | | -24,650.40 | 88,287.92 |
| 07/12/11 | 10106 | Arent Fox  PLLC | Dividend paid 100.00% on $422.78, Attorney for Trustee Expenses (Other Firm);  Reference: combined small check for $4.05 issued in error<br>Voided on 07/12/11 | 3220-000 | | 422.78 | 87,865.14 |
| 07/12/11 | 10106 | Arent Fox  PLLC | Dividend paid 100.00% on $422.78, Attorney for Trustee Expenses (Other Firm);  Reference: combined small check for $4.05 issued in error<br>Voided: check issued on 07/12/11 | 3220-000 | | -422.78 | 88,287.92 |
| 07/12/11 | 10107 | CBIZ MHM, LLC | Dividend paid 100.00% on $5,000.00, Accountant for Trustee Fees (Other Firm); Reference:  combined small check for $4.05 issued in error<br>Voided on 07/12/11 | 3410-000 | | 5,000.00 | 83,287.92 |
| 07/12/11 | 10107 | CBIZ MHM, LLC | Dividend paid 100.00% on $5,000.00, Accountant for Trustee Fees (Other Firm); Reference:  combined small check for $4.05 issued in error<br>Voided: check issued on 07/12/11 | 3410-000 | | -5,000.00 | 88,287.92 |
| | | | Subtotals : | | $88,344.92 | $57.00 | |

{} Asset reference(s)   !-Not printed or not transmitted

Printed: 02/29/2012 10:11 AM    V.12.57

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 05-10026 | **Trustee:** | Roy Babitt, Trustee (520700) |
| **Case Name:** YANG, ESTHER | **Bank Name:** | The Bank of New York Mellon |
| | **Account:** | 9200-******98-66 - Checking Account |
| **Taxpayer ID #:** **-***2304 | **Blanket Bond:** | $94,140,000.00  (per case limit) |
| **Period Ending:** 02/29/12 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check #<br>Paid To / Received From | 3 | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/12/11 | 10108 | Davidoff, Malito & Hutcher, LLP | Dividend paid 100.00% on $12,500.00, Attorney for Trustee Fees (Other Firm);  Reference:  combined small check for $4.05 issued in error<br>Voided on 07/12/11 | 3210-000 | | 12,500.00 | 75,787.92 |
| 07/12/11 | 10108 | Davidoff, Malito & Hutcher, LLP | Dividend paid 100.00% on $12,500.00, Attorney for Trustee Fees (Other Firm);  Reference:  combined small check for $4.05 issued in error<br>Voided: check issued on 07/12/11 | 3210-000 | | -12,500.00 | 88,287.92 |
| 07/12/11 | 10109 | Davidoff, Malito & Hutcher, LLP | Dividend paid 100.00% on $254.28, Attorney for Trustee Expenses (Other Firm);  Reference: combined small check for $4.05 issued in error<br>Voided on 07/12/11 | 3220-000 | | 254.28 | 88,033.64 |
| 07/12/11 | 10109 | Davidoff, Malito & Hutcher, LLP | Dividend paid 100.00% on $254.28, Attorney for Trustee Expenses (Other Firm);  Reference: combined small check for $4.05 issued in error<br>Voided: check issued on 07/12/11 | 3220-000 | | -254.28 | 88,287.92 |
| 07/12/11 | 10110 | Roy Babitt | Dividend paid 100.00% on $8,579.29, Trustee Compensation;  Reference:  combined small check for $4.05 issued in error<br>Voided on 07/12/11 | 2100-000 | | 8,579.29 | 79,708.63 |
| 07/12/11 | 10110 | Roy Babitt | Dividend paid 100.00% on $8,579.29, Trustee Compensation;  Reference:  combined small check for $4.05 issued in error<br>Voided: check issued on 07/12/11 | 2100-000 | | -8,579.29 | 88,287.92 |
| 07/12/11 | 10111 | Clerk of the Court | Dividend paid 100.00% on $300.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference:  combined small check for $4.05 issued in error<br>Voided on 07/12/11 | 2700-000 | | 300.00 | 87,987.92 |
| 07/12/11 | 10111 | Clerk of the Court | Dividend paid 100.00% on $300.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference:  combined small check for $4.05 issued in error<br>Voided: check issued on 07/12/11 | 2700-000 | | -300.00 | 88,287.92 |
| 07/12/11 | 10112 | Edward Carter | Final Distribution from Bankruptcy Estate. combined small check for $4.05 issued in error<br>Voided on 07/12/11 | 5700-000 | | 9,880.05 | 78,407.87 |
| 07/12/11 | 10112 | Edward Carter | Final Distribution from Bankruptcy Estate. | 5700-000 | | -9,880.05 | 88,287.92 |

Subtotals :          $0.00          $0.00

{} Asset reference(s)                                                                                                                         Printed: 02/29/2012 10:11 AM    V.12.57

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 05-10026 | **Trustee:** | Roy Babitt, Trustee (520700) | |
| **Case Name:** | YANG, ESTHER | **Bank Name:** | The Bank of New York Mellon | |
| | | **Account:** | 9200-******98-66 - Checking Account | |
| **Taxpayer ID #:** | **-***2304 | **Blanket Bond:** | $94,140,000.00 (per case limit) | |
| **Period Ending:** | 02/29/12 | **Separate Bond:** | N/A | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | combined small check for $4.05 issued in error Voided: check issued on 07/12/11 | | | | |
| 07/12/11 | 10113 | Edward Carter | Final Distribution from Bankruptcy Estate. combined small check for $4.05 issued in error Voided on 07/12/11 | 5700-000 | | 23,110.50 | 65,177.42 |
| 07/12/11 | 10113 | Edward Carter | Final Distribution from Bankruptcy Estate. combined small check for $4.05 issued in error Voided: check issued on 07/12/11 | 5700-000 | | -23,110.50 | 88,287.92 |
| 07/12/11 | 10114 | NYS Department of Tax & Finance | Final Distribution from Bankruptcy Estate. combined small check for $4.05 issued in error Voided on 07/12/11 | 7100-000 | | 100.00 | 88,187.92 |
| 07/12/11 | 10114 | NYS Department of Tax & Finance | Final Distribution from Bankruptcy Estate. combined small check for $4.05 issued in error Voided: check issued on 07/12/11 | 7100-000 | | -100.00 | 88,287.92 |
| 07/12/11 | 10115 | Andrew J. Spinell, Esq. | Final Distribution from Bankruptcy Estate. combined small check for $4.05 issued in error Voided on 07/12/11 | 7100-000 | | 3,486.57 | 84,801.35 |
| 07/12/11 | 10115 | Andrew J. Spinell, Esq. | Final Distribution from Bankruptcy Estate. combined small check for $4.05 issued in error Voided: check issued on 07/12/11 | 7100-000 | | -3,486.57 | 88,287.92 |
| 07/12/11 | 10116 | U.S. Bankruptcy Court | COMBINED SMALL CHECK combined small check for $4.05 issued in error Voided on 07/12/11 | 7990-000 | | 4.05 | 88,283.87 |
| 07/12/11 | 10116 | U.S. Bankruptcy Court | COMBINED SMALL CHECK combined small check for $4.05 issued in error Voided: check issued on 07/12/11 | 7990-000 | | -4.05 | 88,287.92 |
| 07/12/11 | 10117 | CBIZ MHM, LLC | Dividend paid 100.00% on $5,000.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 5,000.00 | 83,287.92 |
| 07/12/11 | 10118 | Roy Babitt | Dividend paid 100.00% on $8,579.29, Trustee Compensation; Reference: | 2100-000 | | 8,579.29 | 74,708.63 |
| 07/12/11 | 10119 | Clerk of the Court | Dividend paid 100.00% on $300.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 300.00 | 74,408.63 |
| 07/12/11 | 10120 | Andrew J. Spinell, Esq. | Combined Check for Claims#4,4I | | | 3,486.96 | 70,921.67 |
| | | | Dividend paid 100.00% on $3,486.57; Claim# 4; Filed: $3,486.57 | 7100-000 | 3,486.57 | | 70,921.67 |
| | | | Dividend paid 0.06% on | 7990-000 | 0.39 | | 70,921.67 |

Subtotals :    $0.00    $17,366.25

{} Asset reference(s)    Printed: 02/29/2012 10:11 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 10

| Case Number: | 05-10026 | | Trustee: | Roy Babitt, Trustee (520700) |
|---|---|---|---|---|
| Case Name: | YANG, ESTHER | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******98-66 - Checking Account |
| Taxpayer ID #: | **-***2304 | | Blanket Bond: | $94,140,000.00  (per case limit) |
| Period Ending: | 02/29/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | $629.74;  Claim# 4I; Filed: $629.74 | | | | |
| 07/12/11 | 10121 | Arent Fox  PLLC | Combined Check for Claims#et_al. | | | 25,073.18 | 45,848.49 |
| | | | Dividend paid 100.00%    24,650.40 on $24,650.40;  Claim# ; Filed: $33,073.00 | 3210-000 | | | 45,848.49 |
| | | | Dividend paid 100.00%    422.78 on $422.78;  Claim# ; Filed: $422.78 | 3220-000 | | | 45,848.49 |
| 07/12/11 | 10122 | Davidoff, Malito & Hutcher, LLP | Combined Check for Claims#et_al. | | | 12,754.28 | 33,094.21 |
| | | | Dividend paid 100.00%    12,500.00 on $12,500.00;  Claim# ; Filed: $20,620.00 | 3210-000 | | | 33,094.21 |
| | | | Dividend paid 100.00%    254.28 on $254.28;  Claim# ; Filed: $254.28 | 3220-000 | | | 33,094.21 |
| 07/12/11 | 10123 | Edward Carter | Combined Check for Claims#5U,5UI | | | 23,113.06 | 9,981.15 |
| | | | Dividend paid 100.00%    23,110.50 on $23,110.50;  Claim# 5U; Filed: $46,221.15 | 5700-000 | | | 9,981.15 |
| | | | Dividend paid   0.06% on    2.56 $4,174.20;  Claim# 5UI; Filed: $4,174.20 | 7990-000 | | | 9,981.15 |
| 07/12/11 | 10124 | Edward Carter | Combined Check for Claims#5P,5PI | | | 9,881.14 | 100.01 |
| | | | Dividend paid 100.00%    9,880.05 on $9,880.05;  Claim# 5P; Filed: $19,761.00 | 5700-000 | | | 100.01 |
| | | | Dividend paid   0.06% on    1.09 $1,784.53;  Claim# 5PI; Filed: $1,784.53 | 7990-000 | | | 100.01 |
| 07/12/11 | 10125 | NYS Department of Tax & Finance | Combined Check for Claims#1 ans 1I Voided on 08/11/11 | 7100-000 | | 100.01 | 0.00 |
| 08/11/11 | 10125 | NYS Department of Tax & Finance | Combined Check for Claims#1 ans 1I Voided: check issued on 07/12/11 | 7100-000 | | -100.01 | 100.01 |
| 08/23/11 | 10126 | Andrew J. Spinell, Esq. | Final Distribution from Bankruptcy Estate. | 7990-000 | | 9.56 | 90.45 |
| 08/23/11 | 10127 | Edward Carter | Final Distribution from Bankruptcy Estate. Stopped on 12/05/11 | 7990-000 | | 27.09 | 63.36 |
| 08/23/11 | 10128 | Edward Carter | Final Distribution from Bankruptcy Estate. Stopped on 12/05/11 | 7990-000 | | 63.36 | 0.00 |

Subtotals :              $0.00          $70,921.67

{} Asset reference(s)                                                                                    Printed: 02/29/2012 10:11 AM      V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 11

**Case Number:** 05-10026  
**Case Name:** YANG, ESTHER  

**Taxpayer ID #:** **-***2304  
**Period Ending:** 02/29/12  

**Trustee:** Roy Babitt, Trustee (520700)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******98-66 - Checking Account  
**Blanket Bond:** $94,140,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/11 | 10127 | Edward Carter | Final Distribution from Bankruptcy Estate.<br>Stopped: check issued on 08/23/11 | 7990-000 | | -27.09 | 27.09 |
| 12/05/11 | 10128 | Edward Carter | Final Distribution from Bankruptcy Estate.<br>Stopped: check issued on 08/23/11 | 7990-000 | | -63.36 | 90.45 |
| 12/05/11 | 10129 | Edward Carter | Replace check No. 10127 | 7990-000 | | 27.09 | 63.36 |
| 12/05/11 | 10130 | Edward Carter | Replace Check No. 10128 | 7990-000 | | 63.36 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 88,344.92 | 88,344.92 | $0.00 |
| | | | Less: Bank Transfers | | 88,344.92 | 57.00 | |
| | | | **Subtotal** | | 0.00 | 88,287.92 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$88,287.92** | |

```
         Net Receipts :        151,979.19
Less Other Noncompensable Items :  45,389.43
                               _____
           Net Estate :       $106,589.76
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TIA # ***-*****98-19 | 64.93 | 0.00 | 0.00 |
| MMA # ***-*****98-65 | 151,806.67 | 247.25 | 0.00 |
| Checking # ***-*****98-66 | 0.00 | 63,389.43 | 0.00 |
| MMA # 9200-******98-65 | 107.59 | 54.59 | 0.00 |
| Checking # 9200-******98-66 | 0.00 | 88,287.92 | 0.00 |
| | **$151,979.19** | **$151,979.19** | **$0.00** |

{} Asset reference(s)   Printed: 02/29/2012 10:11 AM   V.12.57